# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

In re  KWB Real Estate Group, L.P.  ,
  Debtor

Case No.  09-11032

Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Aids Project of Southern Vermont P. O. Box 1486 Brattleboro, VT 05302 | 802-254-4444 | Security Deposit | | 455.00 |
| Suzanne Kingsbury 67 Main Street, Apt. #36 Brattleboro, VT 05301 | Suzanne Kingsbury 67 Main Street, Apt. #36 Brattleboro, VT 05301 | Security Deposit | | 535.00 |
| Benjamin Carter 67 Main Street, Apt. #32 Brattleboro, VT 05301 | Benjamin Carter 67 Main Street, Apt. #32 Brattleboro, VT 05301 | Security Deposit | | 725.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| WMS Trading<br>73 Main Street, Suite #8<br>Brattleboro, VT 05301 | WMS Trading<br>73 Main Street, Suite #8<br>Brattleboro, VT 05301 | Security Deposit | | 738.00 |
| Seth Atkinson<br>67 Main Street, Apt. #16,<br>Brattleboro, VT 05301 | Seth Atkinson<br>67 Main St., #16<br>Brattleboro VT 05301 | Security Deposit | | 750.00 |
| Susan Dinolfo<br>Mike Middleton<br>73 Main Street, Apt. #14<br>Brattleboro, VT 05301 | Susan Dinolfo<br>Mike Middleton<br>73 Main Street, Apt. #14<br>Brattleboro, VT 05301 | Security Deposit | | 785.00 |
| Christina Flood<br>John Downing<br>67 Main Street, Apt. #11<br>Brattleboro, VT 05301 | Christina Flood<br>John Downing<br>67 Main Street, Apt. #11<br>Brattleboro, VT 05301 | Trade debt | | 800.00 |
| Josh Hosmer<br>67 Main Street, Apt. #31<br>Brattleboro, VT 05301 | Josh Hosmer<br>67 Main Street, Apt. #31<br>Brattleboro, VT 05301 | Security Deposit | | 850.00 |
| Brattleboro Counseling Center<br>Attn: Harvey Liss, Carolyn Fish or Stephen Carlton<br>67 Main Street, Suite #38<br>Brattleboro, VT 05301 | Harvey Liss, Carolyn Fish or Stephen Carlton<br>67 Main Street, Suite #38<br>Brattleboro, VT 05301<br>802-257-1062 | Security Deposit | | 850.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Greg Smith<br>Amy Dyer<br>67 Main Street, Apt. #12<br>Brattleboro, VT 05301 | Greg Smith<br>Amy Dyer<br>67 Main Street, Apt. #12<br>Brattleboro, VT 05301 | Security Deposit | | 865.00 |
| Sophia Lacava-Bohanan<br>Calvin Gilbert<br>67 Main Street, Apt. #18<br>Brattleboro, VT 05301 | Sophia Lacava-Bohanan<br>Calvin Gilbert<br>67 Main Street, Apt. #18<br>Brattleboro, VT 05301 | Security Deposit | | 1,125.00 |
| John Stiteler<br>Jacqueline R. Perry<br>67 Main Street, Apt. #43-44<br>Brattleboro, VT 05301 | John Stiteler<br>Jacqueline R. Perry<br>67 Main Street, Apt. #43-44<br>Brattleboro, VT 05301 | Security Deposit | | 1,150.00 |
| Matthew Wisniewski<br>Danielle Eason<br>67 Main Street, Apt. #37<br>Brattleboro, VT 05301 | Matthew Wisniewski<br>Danielle Eason<br>67 Main Street, Apt. #37<br>Brattleboro, VT 05301 | Security Deposit | | 1,165.00 |
| Twice Upon A Time<br>Attn: Nikki Conrad<br>63-65 Main Street<br>Brattleboro, VT 05301 | Niki Conrad<br>63-65 Main Street<br>Brattleboro, VT 05301<br>802-254-2261 | Security Deposit | | 1,400.00 |
| Cocoplum Appliances, Inc.<br>1300 Putney Rd.<br>Brattleboro, VT 05301 | Ray Carbonell<br>Cocoplum Appliances, Inc.<br>1300 Putney Rd.<br>Brattleboro, VT 05301<br>802-254-9388 | | | 1,441.78 |

Bankruptcy2009 ©1991-2009, New Hope Software, Inc., ver. 4.4.9-740  -  30346 - Adobe PDF

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Matt Blau<br>73 Main Street, Suite #9<br>Brattleboro, VT 05301 | Matt Blau<br>73 Main Street, Suite #9<br>Brattleboro, VT 05301<br>802-254-2073 | Security Deposit | | 1,598.00 |
| Goodenough Rubbish Removal LLC<br>1209 Melendy Hill Drive<br>Guilford, VT 05301 | Craig Goodenough<br>112 Mercury Dr,<br>Brattleboro, VT 05301<br>802-254-5388 | Trade debt | | 4,500.50 |
| Middlebury Advisors LLC<br>PO Box 148<br>Brattleboro, VT 05302-0148 | Todd Enright<br>PO Box 25<br>Hinsdale, NH 03051<br>802-275-4915 | Trade debt | | 5,000.00 |
| Bella Pizza<br>Attn: Matt Blau<br>73 Main Street, Suite #9<br>Brattleboro, VT 05301 | Matt Blau<br>802-254-2073 | Security Deposit | | 5,000.00 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date   September 16, 2009

Signature   /s/ Todd M. Enright
TODD M. ENRIGHT,
Manager of Windham Real Estate Group, LLC,
Sole General Partner