US Trustee
74 Chapel St., Suite 200
Albany NY  12207


Internal Revenue Service
Centralized Insolvency Operation
PO Box 21126
Philadelphia PA 19114


VT Dept. of Taxes
Bankruptcy Unit 3rd Fl.
PO Box 429
Montpelier VT  05602-0694


Aids Project of Southern Vermont
P. O. Box 1486
Brattleboro, VT  05302


Aids Project of Southern Vermont
P. O. Box 1486
Brattleboro, VT  05302


Barrows and Fisher Oil Co.
35 Main St.
PO Box 496
Brattleboro,  VT 05301


Bayview Loan Servicing, LLC
4425 Ponce De Leon Blvd
5th Floor
Coral Gables, FL 33146


Bella Pizza
Attn: Matt Blau
73 Main Street, Suite #9
Brattleboro, VT  05301


Bella Pizza
Attn: Matt Blau
73 Main Street, Suite #9
Brattleboro, VT  05301


Benjamin Carter
67 Main Street, Apt. #32
Brattleboro, VT  05301


Benjamin Carter

67 Main Street, Apt. #32
Brattleboro, VT   05301


Bill Kelly
Tom Erenberg
67 Main Street, Suites 14-15
Brattleboro, VT   05301


Brattleboro Counseling Center
Attn: Harvey Liss, Carolyn Fish
or Stephen Carlton
67 Main Street, Suite #38
Brattleboro,


Brattleboro Counseling Center
Attn: Harvey Liss, Carolyn Fish and Step
67 Main Street, Suite #38
Brattleboro, VT   05301


Brattleboro Food Cooperative, Inc.
Attn: Alex Gyori
2 Main Street
Brattleboro, VT   05301


Christina Flood
John Downing
67 Main Street, Apt. #11
Brattleboro, VT   05301


Christina Flood
John Downing
67 Main Street, Apt. #11
Brattleboro, VT   05301

Cocoplum Appliances, Inc.
1300 Putney Rd.
Brattleboro,  VT 05301


Daniel Systo
PO Box 337
Brattleboro, VT 05302

Enright Family Trust
c/o Todd Enright
PO Box 25
Hinsdale, NH 03051

Goodenough Rubbish Removal LLC
1209 Melendy Hill Drive
Guilford,  VT 05301

Greg Smith
Amy Dyer
67 Main Street, Apt. #12
Brattleboro, VT  05301

Greg Smith
Amy Dyer
67 Main Street, Apt. #12
Brattleboro, VT  05301

John Stiteler
Jacqueline R. Perry
67 Main Street, Apt. #43-44
Brattleboro, VT  05301

John Stiteler
Jacqueline R. Perry
67 Main Street, Apt. #43-44
Brattleboro, VT  05301

Josh Hosmer
67 Main Street, Apt. #31
Brattleboro, VT  05301

Josh Hosmer
67 Main Street, Apt. #31
Brattleboro, VT  05301

Josh Lobe, Esq.
Atty for Bayview Loan Srving
30 Kimball Ave, Ste 306
South Burlington, VT 05403


Laurie Rowell, Esq.
Fitts Olson & Giddings
16 High St.
Brattleboro, VT 05301-3001

Matt Blau
73 Main Street, Suite #9
Brattleboro, VT  05301

Matt Blau

73 Main Street, Suite #9
Brattleboro, VT   05301


Matthew Wisniewski
Danielle Eason
67 Main Street, Apt. #37
Brattleboro, VT   05301


Matthew Wisniewski
Danielle Eason
67 Main Street, Apt. #37
Brattleboro, VT   05301


Middlebury Advisors LLC
PO Box 148
Brattleboro, VT 05302-0148


Middlebury Real Estate Partners LP
PO Box 148
Brattleboro, VT 05302-0148


New England Coalition on
Nuclear Pollution, Inc.
P. O. Box 545
Brattleboro, VT   05302


Seth Atkinson
67 Main Street, Apt. #16,
Brattleboro, VT   05301


Seth Atkinson
67 Main Street, Apt. #16,
Brattleboro, VT   05301


Sophia Lacava-Bohanan
Calvin Gilbert
67 Main Street, Apt. #18
Brattleboro, VT   05301


Sophia Lacava-Bohanan
Calvin Gilbert
67 Main Street, Apt. #18
Brattleboro, VT   05301


Susan Dinolfo
Mike Middleton
73 Main Street, Apt. #14

Brattleboro, VT   05301

Susan Dinolfo
Mike Middleton
73 Main Street, Apt. #14
Brattleboro, VT   05301

Suzanne Kingsbury
67 Main Street, Apt. #36
Brattleboro, VT   05301

Suzanne Kingsbury
67 Main Street, Apt. #36
Brattleboro, VT   05301

Todd Enright
PO Box 25
Hinsdale, NH 03051

Town of Brattleboro
230 Main Street
Suite 111
Brattleboro, VT 05301

Town of Brattleboro
230 Main Street
Suite 111
Brattleboro, VT 05301

Twice Upon A Time
Attn: Nikki Conrad
63-65 Main Street
Brattleboro, VT   05301

Twice Upon A Time
Attn: Nikki Conrad
63-65 Main Street
Brattleboro, VT   05301

Windham Real Estate Group LLC
PO Box 141
Brattleboro VT 05302-0141

WMS Trading
73 Main Street, Suite #8
Brattleboro, VT   05301

WMS Trading
73 Main Street, Suite #8
Brattleboro, VT  05301